UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRET DUANE HANNAM,                          Civil No. 09-2724 JMR/SRN

    Petitioner,

v.
                                     ORDER
CONNIE ROERICH, Warden, and
JOAN FABIAN, Commissioner

    Respondents.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 14, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's habeas corpus petition, (Docket No. 1), is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 3, 2009.

                                              s/James M. Rosenbaum
                                              Judge James M. Rosenbaum
                                              United States District Court Judge